

# WHITE & WOLNERMAN, PLLC
Attorneys at Law

Direct Dial: (212) 308-0603
e-mail: dwolnerman@wwlawgroup.com

June 17, 2019

**VIA ECF**

ALL PARTIES IN INTEREST

Re: The Lawyers' Fund for Client Protection of the State of New v. Ehrenfeld
Adv. Pro. No. 19-01128 (MKV), Bank. S.D.N.Y.

TO ALL PARTIES IN INTEREST:

Please take notice that the preliminary conference in the above-referenced adversary proceeding, originally scheduled for June 19, 2019 at 10:00 a.m., has been adjourned to July 31, 2019 at 10:00 a.m.

Sincerely,

David Y. Wolnerman

cc: Richard L. Rodgers, Esq. (Via e-mail)

950 Third Avenue, 11th Floor, New York, New York 10022
T: 212.308.0667   www.wwlawgroup.com