UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| In re:   SAMUEL EHRENFELD, | Chapter 7 |
| | Case No. 19-10290 (LGB) |
| Debtor. | |

----------------------------------------------------------------X

| | |
|---|---|
| THE LAWYERS' FUND FOR CLIENT PROTECTION OF THE STATE OF NEW YORK | Adv. Pro. No. 19-01128 (LGB) |
| Plaintiff, | |
| -against- | |
| SAMUEL EHRENFELD, | |
| Defendant. | |

----------------------------------------------------------------X

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to section 105(a) of title 11, United States Code (the "Bankruptcy Code"), Rule 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2090-1(e) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), White & Wolnerman, PLLC ("WW") respectfully moves this Court for entry of an order authorizing WW to withdraw as counsel of record for Samuel Ehrenfeld ("Ehrenfeld") in the above-captioned Chapter 7 bankruptcy proceeding and adversary proceeding.

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 408 and 1409.

1

3.    The predicates for the relief sought herein are Bankruptcy Code § 105(a), Bankruptcy Rule 9014, Local Rule 2090-1(e), and 22 NYCRR Part 1200 (Rule 1.16).

**BASIS FOR THE RELIEF REQUESTED**

4.    The Local Bankruptcy Rules of the Southern District of New York provides that "[a]n attorney who has appeared as attorney of record may withdraw or be replaced only by order of the Court for cause shown." Local Bankruptcy Rule 2090-1(e).  WW hereby requests that this Court enter an order permitting it to withdraw as counsel to Ehrenfeld.

5.    Pursuant to the applicable New York Rules of Professional Conduct, a lawyer may withdraw from representation if "the client insists upon taking action with which the lawyer has a fundamental disagreement," 22 NYCRR 1200, Rule 1.16(c)(4), or "the client fails to cooperate in the representation or otherwise renders the representation unreasonably difficult for the lawyer to carry out employment effectively."  *Id.*, Rule 1.16(c)(7).

6.    Despite best efforts, a working relationship between Ehrenfeld and WW is no longer possible due to irreconcilable differences.  Ehrenfeld insists upon a course of conduct in the above-captioned adversary proceeding with which WW has fundamental disagreements. Ehrenfeld also rendered the representation unreasonably difficult for WW to carry out employment effectively.

7.    Accordingly, based upon the foregoing, WW's withdrawal complies with New York's Rules of Professional Conduct and WW can no longer continue to represent Ehrenfeld.

8.    Annexed to the instant motion is a declaration of David Y. Wolnerman, Esq., a member of WW, asserting that there are positions taken and decisions made by the Defendant with which (a) WW has a fundamental disagreement, and/or (b) make it unreasonably difficult for WW

to carry out its representation of the Defendant effectively. Those circumstances include divergent views as to how to represent Ehrenfeld's interests in general.

**WHEREFORE**, for the foregoing reasons, WW respectfully requests that this Court enter an order substantially in the form annexed hereto as Exhibit A and grant it such further relief as the Court deems just and proper.

Dated: New York, New York
August 7, 2023

**WHITE & WOLNERMAN, PLLC**

By: /s/ David Wolnerman
David Y. Wolnerman, Esq.
950 Third Ave., 11th Floor
New York, New York 10022
Phone: (212) 308-0667

*Attorneys for*
*Samuel Ehrenfeld*