UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

    SAMUEL EHRENFELD,

                                     Debtor.

CHAPTER 7
BK. CASE NO. 19-10290 (LGB)

---

THE LAWYERS' FUND FOR CLIENT
PROTECTION OF THE STATE OF NEW YORK,

                         Plaintiff,

- against -

SAMUEL EHRENFELD,

                         Defendant.

ADV. PROC. NO. 19-01128

BC 24,0019

---

## JUDGMENT OF NON-DISCHARGEABILITY

        The Court has Ordered that a Judgment of non-dischargeability of the debt owed to The Lawyers' Fund for Client Protection of the State of New York by Samuel Ehrenfeld, the Debtor in this Chapter 7 case and the Defendant in the above-entitled adversary proceeding, in the amount of FOUR HUNDRED THOUSAND ($400,000.00) DOLLARS pursuant to 11 U.S.C. §§ 523(a)(4) and (a)(6) of the United States Bankruptcy Code be entered herein and that The Lawyers' Fund for Client Protection of the State of New York shall recover from Samuel Ehrenfeld the said sum of FOUR HUNDRED THOUSAND ($400,000.00) DOLLARS.

Date:     August 28, 2024
             New York, New York

                                               */s/ Lisa G. Beckerman*
                                               HONORABLE LISA G. BECKERMAN
                                               UNITED STATES BANKRUPTCY JUDGE